IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINGO ZETINO HERNANDEZ and RAMIRO HERNANDEZ TZIQUIN,<br><br>Defendants. | 8:23CR58<br><br>FINAL ORDER OF FORFEITURE |

      This matter is before the Court on the United States' Motion for a Final Order of Forfeiture (Filing No. 96). Having reviewed the record in this case, the Court finds as follows:

    1.    On November 14, 2023, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant, Domingo Zetino Hernandez's, interest in one (1) bald eagle (*Halieaeetus leucocephalus*) carcass and all parts thereof; Crosman F4 Model CF47SXS .177 caliber pump-action air rifle, with black synthetic stock and 4X32 optical scope; Pietro Beretta Model 84FS .177 caliber CO2-powered air pistol; and Package of .177 caliber pellets (Filing No. 61).

    2.    On July 22, 2024, the Court entered a Preliminary Order of Forfeiture forfeiting Defendant, Ramiro Hernandez Tziquin's, interest in one (1) bald eagle (*Halieaeetus leucocephalus*) carcass and all parts thereof; Crosman F4 Model CF47SXS .177 caliber pump-action air rifle, with black synthetic stock and 4X32 optical scope; Pietro Beretta Model 84FS .177 caliber CO2-powered air pistol; and Package of .177 caliber pellets (Filing No. 90).

    3.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on November 18, 2023, and again on July 24, 2024, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C)

8:23-cr-00058-MDN    Doc # 97    Filed: 09/25/24    Page 2 of 2 - Page ID # 245

of the Federal Rules of Criminal Procedure. A Declaration of Publication was filed herein on September 24, 2024 (Filing No. 95).

  4. The United States advises the Court that no party has filed a petition regarding the subject Property. From a review of the Court file, the Court finds that no person or entity has filed a petition.

  5. The Motion for Final Order of Forfeiture should be granted.

  IT IS ORDERED:

  1. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 96) is granted;

  2. All right, title and interest in and to one (1) bald eagle (*Halieaeetus leucocephalus*) carcass and all parts thereof; Crosman F4 Model CF47SXS .177 caliber pump-action air rifle, with black synthetic stock and 4X32 optical scope; Pietro Beretta Model 84FS .177 caliber CO2-powered air pistol; and Package of .177 caliber pellets seized from the Defendants, held by any person or entity are forever barred and foreclosed;

  3. The one (1) bald eagle (*Halieaeetus leucocephalus*) carcass and all parts thereof; Crosman F4 Model CF47SXS .177 caliber pump-action air rifle, with black synthetic stock and 4X32 optical scope; Pietro Beretta Model 84FS .177 caliber CO2-powered air pistol; and Package of .177 caliber pellets is forfeited to the Government; and

  4. The Government is directed to dispose of that currency in accordance with the law.

Dated this 25th day of September, 2024.

            BY THE COURT:

            s/ Michael D. Nelson
            United States Magistrate Judge